# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EZEQUIEL BRITO, a/k/a "Jose Luis Portorreal Cruz" | Hon. Esther Salas<br><br>Crim. No. 22-739<br><br><u>ORDER FOR A CONTINUANCE</u> |

     This matter having come before the Court on the joint application of the United States (by Kelly M. Lyons, Assistant United States Attorney), and defendant Ezequiel Brito, represented by Michael Thomas, Esq., for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including June 4, 2026, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to continue plea negotiations; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

     IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

     (1)    Both the United States and the defendant seek additional time to open possible plea negotiations, which could render any subsequent trial of this matter unnecessary;

     (2)    The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance likely will conserve judicial resources and allow the parties adequate time for preparation in this matter; and;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 25th day of February, 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including June 4, 2026; and it is further

ORDERED that the period from the date this Order is signed through and including June 4, 2026, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

2

Form and entry consented to:

*/s/ Kelly M. Lyons*
Kelly M. Lyons
Assistant U.S. Attorney


*/s/ Michael Thomas*
Michael Thomas, Esq.
Counsel for Ezequiel Brito